# Court of Appeals
# of the State of Georgia

ATLANTA,   August 25, 2014

*The Court of Appeals hereby passes the following order:*

**A15E0002.  IN THE INTEREST OF A.L.R. AND R.L.R., CHILDREN.**

The Appellant Scelia Robinson's Motion For A Thirty (30) Day Extension In Which To File Her Application For Discretionary Appeal in the above-styled case is hereby GRANTED until September 29, 2014.

Should Appellee choose to file a response, said response shall be due no later than 10 days after Appellant's application is filed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/25/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*